# EXHIBIT

# A

Chris Collins
4075 Encino Ave.
Stickney, IL 60409

Evangelina Paredes
6013 W 35rd Pl Apt 1
Cicero, IL 60804

# EXHIBIT B

Hello,

It's Chris I'm that ugly bald Stickney cop who gave you that ticket on Saturday. I know this may seem crazy and you're probably right, but truth is I have not stopped thinking about you since. I don't expect a girl as attractive as you to be single, or even go for a guy like me but I'm taking a shot anyways.

Because the truth is I'll probably never see you again unless I do, and I could never forgive my-self. Listen if I never hear from you I understand, but hey I did cost you $132 a least I can do is buy you dinner. Little about me real quick I just turned 27, did 4 years in the Army, and been a cop for just over 3 years. Hope to hear from you one way or another. Thanks!!!

708-738-6404